[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: JAN 0 5 2006]

**SO ORDERED**

January 3, 2006

*George B. Daniels*

HON. GEORGE B. DANIELS

JAN 0 5 2006

BY FACSIMILE AND BY HAND

Hon. George B. Daniels
United States District Judge
United States Courthouse
40 Centre Street, Room 410
New York, New York 10007-1581

Re: Kim et al v. 167 Nail Plaza, Inc. (05-CV-08560)

Dear Judge Daniels:

I am requesting an adjournment of the initial pretrial conference originally scheduled for Thursday, January 5, 2006 at 9:30 a.m. to allow for continued settlement discussions.

Defendants in this case have not yet retained counsel nor filed an answer, and I believe that continuing settlement discussions will resolve this case before the initial pretrial conference occurs. This is the first time I have requested an extension or adjournment. Defendants have consented to this adjournment.

I am providing Defendant Mou San Rim with a copy of this by first-class mail.

Respectfully,


Steven Choi
An Attorney for Plaintiff

cc: Mou San Rim (by mail)