**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12 FL • NEW YORK, NY 10013 • TEL 212.966.5932 • FAX 212.966.4303 • INFO@AALDEF.ORG

September 13, 2006

BY FAX AND MAIL

Hon. George B. Daniels
United States District Judge
United States Courthouse
40 Centre Street, Room 410
New York, New York 10007-1581

DATE FILED: SEP 15 2006

SO ORDERED

/s/ George B. Daniels

HON. GEORGE B. DANIELS

SEP 15 2006

Re: Kim et al v. 167 Nail Plaza, Inc. (05-CV-08560)

Dear Judge Daniels:

I am the attorney for Plaintiffs in the above-captioned case, and on behalf of Plaintiffs and Defendants I am requesting a settlement conference.

At the last status conference, held on May 25, 2006, your Honor advised myself and Defendants' counsel that we had the option of requesting a settlement conference in front of a magistrate judge. Defendants' counsel and I agree that such a settlement conference would be desirable at this point, and Defendants' counsel consents to this request.

While the date of such a conference clearly would follow the calendar of the magistrate judge, Defendants' counsel and I respectfully request that if possible the conference be scheduled for October 2006.

Respectfully,

/s/
Steven Choi
Attorney for Plaintiff

cc: Richard Owen (by facsimile)