USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DO YEA KIM,

               Plaintiff,

     -against-

167 NAIL PLAZA, et al.,

              Defendants.
------------------------------------------------------------X

05 CIVIL 8560 (GBD)

**JUDGMENT**

# 08, 1214

      Defendants having moved for judgment notwithstanding the verdict, or in the alternative, a new trial; defendants also having moved for remittitur, to either reduce or strike the jury's award of overtime, liquidated, and compensatory damages, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on July 7, 2008, having rendered its Memorandum Decision and Order denying defendants' motion for judgment notwithstanding the verdict, made pursuant to Fed. R. Civ. 50(b), denying defendants' motion for a new trial, granting defendants' motion for remittitur as to all amounts except the jury's award of $34,000 in compensation for mental anguish, awarding judgment to plaintiff in the total amount of $159,100.90, awarding plaintiff reasonable attorneys' fees, and referring the matter to Magistrate Judge Gabriel Gorenstein for a Report and Recommendation on the reasonable amount of attorney's fees to be awarded to plaintiff in this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 7, 2008, defendants' motion for judgment notwithstanding the verdict, made pursuant to Fed. R. Civ. 50(b), is denied; defendants' motion for a new trial is denied; defendants' motion for remittitur is granted as to all amounts except the jury's

award of $34,000 in compensation for mental anguish; judgment is awarded to plaintiff in the total amount of $159,100.90; plaintiff is awarded reasonable attorneys' fees; and the matter is referred to Magistrate Judge Gabriel Gorenstein for a Report and Recommendation on the reasonable amount of attorney's fees to be awarded to plaintiff in this action.

**Dated:** New York, New York
July 15, 2008

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____