USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DO YEA KIM,

                Plaintiff,                05 **CIVIL** 8560 (GBD)

    -against-                      **AMENDED FINAL JUDGMENT**

167 NAIL PLAZA, et al.,
                Defendants.       #08,1214
------------------------------------------------------------X

Defendants having moved for judgment notwithstanding the verdict, or in the alternative, a new trial; defendants also having moved for remittitur, to either reduce or strike the jury's award of overtime, liquidated, and compensatory damages; plaintiff also having moved for attorney's fees and costs and for an award of pre-judgment interest, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on July 7, 2008 and January 9, 2009, having rendered its Memorandum Decision and Order and Decision and Order denying defendants' motion for judgment notwithstanding the verdict, made pursuant to Fed. R. Civ. 50(b), denying defendants' motion for a new trial, granting defendants' motion for remittitur as to all amounts except the jury's award of $34,000 in compensation for mental anguish, awarding judgment to plaintiff in the total amount of $159,100.90, awarding plaintiff attorneys' fees and costs totaling $181,573.80, along with pre-judgment interest in the amount of a) $3.15 per day from April 7, 2001 to the date of final judgment, for overtime wages; and b) $21.09 from November 12, 2006 to the date of final judgment, for damages on her retaliation claim, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order and Decision and Order dated July 7, 2008 and January

9, 2009, defendants' motion for judgment notwithstanding the verdict, made pursuant to Fed. R. Civ. 50(b), is denied; defendants' motion for a new trial is denied; defendants' motion for remittitur is granted as to all amounts except the jury's award of $34,000 in compensation for mental anguish; judgment is awarded to plaintiff in the total amount of $159,100.90; plaintiff is awarded attorneys' fees and costs totaling $181,573.80, along with pre-judgment interest in the amount of a) $3.15 per day from April 7, 2001 to the date of final judgment, for overtime wages of $8,983.80; and b) $21.09 from November 12, 2006 to the date of final judgment, for damages on her retaliation claim of $17,019.63, amounting in all to $366,678.13.

**Dated:** New York, New York
January 27, 2009

J. MICHAEL McMAHON
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____